9-10-24

To Clerk of U.S. District Court
for Northern District of California.

Please find enclosed my only copy of civil Rights complaint w/ motion to proceed In forma pauperis and Declarations, to be filed in this court.

My mailing address in

Robert Stockton J-80992
P.O. Box 7500 RHU 198
Crescent City Cal. 95532
P.B.S.P.

Thank you.

RS

Pro se.