Exhibit 1

Declarations by Plaintiff's witnesses to incedent regarding C/O Bartly's Assault against plaintiff

DECLARATION BY.. YZARARRAZ, F

ON JUNE 20, 2024 I YZARARRAZ, F # AS8937 WAS HOUSED IN PBSP RHU. CELL 187. I WAS STANDING AT MY CELL DOOR DURING YARD RECALL AND OBSERVED C/O BARTLEY ESCOURTING PRISONER STOCKTON TO HIS CELL IN 198, WHICH IS DIRECTLY ACCROSS FROM MY CELL. WHILE STANDING THER I OBSERVED STOCKTON ATTEMPT TO RETRIEVE A MEMO OFF HIS PLUMBING CHASE DOOR WHICH IS IN FRONT OF HIS CELL. WITH HIS HANDS WHICH WERE HANDCUFFED BEHIND HIM. WITH NO AGGRESSIVE BEHAVIOR WHATS SO EVER NOR RESISTANCE FROM C/O BARTLEY. SUDDENLY AND WITHOUT WARNING C/O BARTLEY SLAMMED STOCKTON FACE FIRST INTO THE CORNOR OF HIS CELL DOOR! I WAS SHOCKED BY THE SUDDEN BRUTAL FORCE USED ON STOCKTON. RIGHT AFTER THAT UN-NESSARY FORCE C/O BARTLEY THEN SLAMED STOCKTON FACE FIRST ON THE CONCRETE FLOOR. INSTANTLY I SEEN A POOL OF BLOOD FORMING ON THE FLOOR AS A RESULT OF STOCKTIN INJURIES BLOOD WAS LEAKING FROM HE'S HEAD DOWN HE'S FACE.. STOCKTON SEEMID TO BE IN AND OUT OF CONCIOUS WHILE ON THE FLOOR. STOCKTON WAS NEVER AGGRESSIVE, ARGUMENTATIVE NOR RESISTING AT ALL DURING ESCORT FROM YARD TO HE'S CELL WHICH IS ACROSS FROM MY CELL. C/O BARTLEY JUST YELLED OUT "GET DOWN" AND ASSULTAED STOCKTON. LATER ON AFTER STOCKTON WAS TRANSFERED TO OUTSIDE HOSPITAL DO TO HE'S INJURIES. I SEEN C/O HOWE COME DOWN THE TIER WHERE THE ASSULT HAPPEND AND PICK UP THE MEMO FROM THE FLOOR THAT STOCKTON WAS TRYING TO RETRIVE.. AND MADE A COMMENT JUSTIFYING C/O BARTLEY ACTIONS LAUGHING SAYING "EVIDENCE". THEN SAID

"STOCKTON DROPPED KICKED THIS MEMO" IN NO WAY DID I SEE STOCKTON KICK AT THE DOOR AGGRESSIVELY OR ACT AGGRESSIVE. 9I BARTLEY CLEARLY USED EXCESSIVE FORCE AND USED STOCKTON DOOR FRAME AS A WEAPON.

I MAKE THIS STATEMENT OF MY OWN FREE WILL AND TO HELP SHED LIGHT ON STAFF VIOLENCE TOWARDS VULNERABLE PRISONERS STOCKTON WAS HANDCUFFED.

SINCERLY [signature] AS8937

6/22/24

I, STEVEN COROTAN, HEREBY DECLARE:

ON JUNE 20, 2024 I WAS SITTING ON MY BUNK READING. MY CELLMATE, YZARRARAZ #AS8937, WAS STANDING AT THE DOOR OBSERVING YARD RECALL. I HEARD A COMMOTION IN THE HALLWAY AND IMMEDIATELY LOOKED TO SEE WHAT IT WAS.

I OBSERVED INMATE STOCKTON LAYING PRONE ON HIS STOMACH IN HANDCUFFS WITH C/O BARTLEY ON TOP OF HIM. STOCKTON APPEARED TO BE BADLY HURT AS HE WAS BLEEDING PROFUSELY FROM HIS HEAD/FACE. AT NO TIME DID I WITNESS STOCKTON BEING HOSTILE, COMBATATIVE, OR AGGRESSIVE.

A FEW MINUTES LATER C/O HOWE CAME TO H-ROW. I OVERHEARD HER SAY, "HE DID DROP KICK IT. THIS IS EVIDENCE." I CAME TO THE FRONT OF MY CELL AND OBSERVED C/O HOWE WALKING AWAY HOLDING A PIECE OF PAPER.

I DECLARE UNDER THE PENALTY OF PERJURY THE ABOVE TO BE TRUE AND CORRECT.

[signature] JUNE 21, 2024

STEVEN COROTAN DATED

#J21864