UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOHN STOCKTON,<br>              Plaintiff,<br>v.<br>SMITH, et al.,<br>              Defendants. | Case No. 24-cv-06676-HSG<br><br>**ORDER SUA SPONTE GRANTING EXTENSION OF TIME TO COMPLY WITH GENERAL ORDER NO. 76; DIRECTIONS TO CLERK** |

On September 25, 2023, the Court received a *pro se* civil rights complaint and other case-initiating documents from Plaintiff via postal mail. Dkt. No. 1. That same day, the Court informed Plaintiff that this action was deficient because (1) he had not submitted his case-initiating documents via electronic mail as required by the Northern District of California's General Order No. 76 ("GO 76"),[1] Dkt. No. 1; and (2) he had not filed a complete application for leave to proceed *in forma pauperis* or paid the filing fee, Dkt. No. 5. The Court informed Plaintiff that he must comply with GO 76 by October 9, 2024, and either pay the filing fee or file a complete *in forma pauperis* application by October 23, 2024, or this action would be dismissed. Dkt. Nos. 1, 5. The deadline to correct these deficiencies has passed, and Plaintiff has neither corrected the deficiencies nor communicated with the Court.

In the interests of justice, the Court *sua sponte* GRANTS Plaintiff an extension of time to November 29, 2024, to comply with GO 76's electronic filing obligations and to either pay the filing fee or file a complete *in forma pauperis* application. The Court has sent Plaintiff a courtesy

---

[1] N.D. Cal. GO 76 requires prisoners within the custody of certain California Department of Corrections and Rehabilitations ("CDCR") institutions, including Pelican Bay State Prison, to submit to the Court case-initiating documents for civil rights cases via electronic mail. N.D. Cal. GO 76.

1  copy of the case-initiating documents that he filed by mail, and a blank *in forma pauperis*
2  application under separate cover.
3  **IT IS SO ORDERED.**
4  Dated: 11/7/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge