UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOHN STOCKTON,<br><br>    Plaintiff,<br><br>v.<br><br>SMITH, et al.,<br><br>    Defendants. | Case No. 24-cv-06676-HSG<br><br>**ORDER SUA SPONTE GRANTING SECOND EXTENSION OF TIME TO COMPLY WITH GENERAL ORDER NO. 76; DIRECTIONS TO CLERK** |

On September 25, 2023, the Court received a *pro se* civil rights complaint and other case-initiating documents from Plaintiff via postal mail. Dkt. Nos. 1-4. That same day, the Court informed Plaintiff that this action was deficient because (1) he had not submitted his case-initiating documents via electronic mail as required by the Northern District of California's General Order No. 76 ("GO 76"),[1] Dkt. No. 1; and (2) he had not filed a complete application for leave to proceed *in forma pauperis* or paid the filing fee, Dkt. No. 5. The Court informed Plaintiff that he must comply with GO 76 by October 9, 2024, and either pay the filing fee or file a complete *in forma pauperis* application by October 23, 2024, or this action would be dismissed. Dkt. Nos. 1, 5. On November 7, 2024, the Court *sua sponte* granted Plaintiff an extension of time to November 29, 2024 to comply with GO 76. Dkt. No. 9. On December 9, 2024, the Court was informed Pelican Bay State Prison librarian Denise Rusk that Plaintiff had not received the Court's November 7, 2024 Order due to issues with incoming mail and with PBSP's internal/institutional mail system. Dkt. No. 10. In the interest of justice, the Court *sua sponte*

---

[1] N.D. Cal. GO 76 requires prisoners within the custody of certain California Department of Corrections and Rehabilitations ("CDCR") institutions, including Pelican Bay State Prison, to submit to the Court case-initiating documents for civil rights cases via electronic mail. N.D. Cal. GO 76.

1  GRANTS Plaintiff a second extension of time to January 17, 2022, to comply with GO 76's
2  electronic filing obligations and to either pay the filing fee or file a complete *in forma pauperis*
3  application. The Clerk is directed to send to Plaintiff by United States postal mail a courtesy copy
4  of (1) the case-initiating documents, which are docketed at Dkt. Nos. 1-4; (2) the Clerk's Notice
5  regarding the deficiency in his *in forma* pauperis application, Dkt. No. 5; and (3) a blank *in forma*
6  *pauperis* application.

**IT IS SO ORDERED.**

Dated:   12/16/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge