UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOHN STOCKTON,<br><br>      Plaintiff,<br><br>    v.<br><br>SMITH, et al.,<br><br>      Defendants. | Case No. 24-cv-06676-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY**<br><br>Re: Dkt. No. 34 |

Good cause being shown, Defendants' request for an extension of time to file their reply in support of their summary judgment motion is GRANTED. Dkt. No. 34. Defendants shall file their reply by January 17, 2026. The summary judgment motion will be deemed submitted as of January 17, 2026. No hearing will be held on this motion.

This order terminates Dkt. No. 34.

**IT IS SO ORDERED.**

Dated:   1/6/2026

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge