United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT JOHN STOCKTON,

Plaintiff,

v.

SMITH, et al.,

Defendants.

Case No. 24-cv-06676-HSG

**JUDGMENT**

The Court has GRANTED Defendants' motion for summary judgment. Dkt. No. 32. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 9/9/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge